UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| KASEY HAYES, individually and as next friend of M.S., her daughter, a minor child, and on behalf of those individual members, of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 4:13-cv-167-RLY-WGH |
| JOSEPH McCALEB, | ) ) | |
| Defendant. | ) | |

**ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 27, 2015, the Magistrate Judge recommended that this action be dismissed without prejudice for want of prosecution. The court agrees with the Magistrate Judge, and **ADOPTS** his Report and Recommendation (Filing No. 48).

**SO ORDERED** this 4th day of June 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to Registered Counsel of Record.

Copy to:
Joseph McCaleb
261271
Roederer Correctional Complex
PO Box 69
LaGrange, KY  40031